The People of the State of New York ex rel. Ralph Allocca, Relator, Appellant, v. Warden of the City Prison, Respondent.— Motion for stay denied. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Anna R. Smith, Respondent, v. Charles M. Smith, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

William H. Delany, Respondent, v. Alfred S. Walker and Others, Defendants, Impleaded with Etta Lyon, as Administratrix, etc., of Laura Mason, etc., Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ., concurred.

John F. Doni, an Infant, etc., Respondent, v. Valentine Kihn, Appellant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Cora H. Dunn, Respondent, v. The Purssell Manufacturing Company, Defendant, Impleaded with Charles H. Maurice, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Rich and Stapleton, JJ., concurred.

Anthony Fisher, Respondent, v. Wakefield Park Realty Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Rich and Stapleton, JJ., concurred.

Frank E. Foster, Respondent, v. George E. Waldo and Flora A. Waldo, Appellants.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Catherine Fox and Others, Appellants, v. Samuel N. Hawkins, Respondent.— Judgment affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Guiseppe Franze, by His Guardian ad Litem, Felix Pereira, Respondent, v. American Woolen Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the only question that should have been submitted to the jury is whether the foreman directed plaintiff to take wool from the machine, and whether plaintiff was justified, in the absence of instructions as to the nature of the machine, in attempted compliance with the order to put his hand between the rollers, and whether if the order was given and plaintiff was